UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HORTENCIA BENAVIDEZ,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.  2:12-CV-5031-JTR

ORDER GRANTING
STIPULATED MOTION FOR
ENTRY OF JUDGMENT

**BEFORE THE COURT** is the parties' stipulated motion for the entry of judgment in favor of Plaintiff.  ECF No. 14.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Mathew W. Pile represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 12.

After considering the file, and good cause appearing therefor, **IT IS ORDERED:**

1.     The parties' stipulated motion for the entry of judgment, **ECF No. 14**, is **GRANTED**.

2.     Judgment shall be entered for **PLAINTIFF**.

3.     An application for attorney fees may be filed by separate motion.

ORDER GRANTING STIPULATED MOTION . . . - 1

1       The District Court Executive is directed to enter this Order, forward copies

2    to counsel, and **CLOSE THE FILE**.

3       DATED January 6, 2016.



4

5       _____

6                    JOHN T. RODGERS
                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION . . . - 2